# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| THOMILA GALE NETHERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:17-cv-00537 |
| ) | |
| QUALITY CARE INVESTORS, L.P., ) | HON. WILLIAM L. CAMPBELL, JR. |
| d/b/a QUALITY CENTER FOR ) | HON. ALISTAIR E. NEWBERN |
| REHABILITATION AND HEALING, ) | |
| f/k/a QUALITY CARE NURSING HOME, ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## MOTION TO ASCERTAIN STATUS

Plaintiff Nethery, through counsel, hereby moves this Court for an Order ascertaining the status of Plaintiff Nethery's motion to strike declaration of Sonya Kemp (D.E. 77) filed June 25, 2018 which was referred to the Magistrate Judge for resolution by Order (D.E. 89) filed September 13, 2018.

Respectfully submitted,

/s/ Richard J. Braun
Richard J. Braun, TN Bar No. 010346
BRAUN & ASSOCIATES PLLC
107 Oglethorpe Avenue
Gallatin, Tennessee 37066-7151
Telephone: (615) 259-1550
Email: rbraun@braunlawassociates.com
    Courtesy Copy: lynne@braunlawassociates.com
*Attorneys for Plaintiff, Thomila Gale Nethery.*

Page 1 of 2

G:\CLIENTS - ACTIVE\Nethery, Thomila\Litigation Case (Quality Care)\Pleadings\Nethery\Motion to Ascertain Status (Kemp).docx
**BRAUN & ASSOCIATES, PLLC**

Case 3:17-cv-00537   Document 90   Filed 12/05/18   Page 1 of 2 PageID #: 2190

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing, **Motion to Ascertain Status**, has been sent via the Court's Electronic Filing System ("CM/ECF") to the following of record this **5th** day of **December 2018**.

    Marcus Crider, Esquire
    Heath H. Edwards, Esquire
    **Waller Lansden Dortch & Davis, LLP**
    Nashville City Center
    511 Union Street, Suite 2700
    Nashville, Tennessee 37219
    *Attorneys for Defendant, Quality Care Investors, L.P. et al.*

    /s/ Richard J. Braun
    Richard J. Braun, Esquire

Page 2 of 2

G:\CLIENTS - ACTIVE\Nethery, Thomila\Litigation Case (Quality Care)\Pleadings\Nethery\Motion to Ascertain Status (Kemp).docx
**BRAUN & ASSOCIATES, PLLC**

Case 3:17-cv-00537   Document 90   Filed 12/05/18   Page 2 of 2 PageID #: 2191