## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **THOMILA GALE NETHERY,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **v.** | **)** | **Civil Action No. 3:17-cv-00537** |
| | **)** | |
| **QUALITY CARE INVESTORS, L.P.,** | **)** | **HON. WILLIAM L. CAMPBELL, JR.** |
| **d/b/a QUALITY CENTER FOR** | **)** | **HON. ALISTAIR E. NEWBERN** |
| **REHABILITATION AND HEALING,** | **)** | |
| **f/k/a QUALITY CARE NURSING HOME,** | **)** | **JURY DEMAND** |
| | **)** | |
| **Defendant.** | **)** | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Thomila Nethery appeals to the United States Court of Appeals for the Sixth Circuit from the final orders of the U.S. District Court for the Middle District of Tennessee entered and filed on April 17, 2019 granting summary judgment to Defendant Quality Care Investors, L.P. and dismissing the civil action (D.E. 100; D.E. 101) and from the Order entered and filed on August 6, 2018 denying Plaintiff Nethery's motion to amend her Complaint. (D.E. 88).

Respectfully submitted,

/s/ Richard J. Braun
Richard J. Braun, TN Bar No. 010346
BRAUN & ASSOCIATES PLLC
107 Oglethorpe Avenue
Gallatin, Tennessee 37066-7151
Telephone:    (615) 259-1550
Email:           rbraun@braunlawassociates.com
               Courtesy Copy: lynne@braunlawassociates.com
*Attorneys for Plaintiff, Thomila Gale Nethery.*

**BRAUN & ASSOCIATES, PLLC**
G:\CLIENTS - ACTIVE\Nethery, Thomila\Litigation Case (Quality Care)\Pleadings\Nethery\Notice of Appeal.docx

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing, **Notice of Appeal**, has been sent via the Court's Electronic Filing System ("CM/ECF") to the following of record this **9th** day of **May 2019**.


Marcus Crider, Esquire
Heath H. Edwards, Esquire
**Waller Lansden Dortch & Davis, LLP**
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219
*Attorneys for Defendant, Quality Care Investors, L.P. et al.*


/s/ Richard J. Braun
Richard J. Braun, Esquire

**BRAUN & ASSOCIATES, PLLC**
G:\CLIENTS - ACTIVE\Nethery, Thomila\Litigation Case (Quality Care)\Pleadings\Nethery\Notice of Appeal.docx